## Second Department, September, 1932.

Abraham D. Seidman, Respondent, v. Eastern Pearl Button Works, Incorporated, Appellant.— On argument, order directing a discovery and inspection affirmed, with ten dollars costs and disbursements; inspection to proceed on five days' notice. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

Leito Kildare Adams, Appellant, v. Edgaretta O. Clinton and Others, etc., Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Birdie Bernstein, Respondent, v. Wilkinson Brothers & Company, Inc., and Others, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Robert B. Bristow, Respondent, v. H. L. & F. McBride, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Brooklyn Consolidated Lumber Corporation, Respondent, v. Martin J. Birmingham, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Sarah Buckin, Respondent, v. Sarah Libman and David S. Libman, Defendants, and Michael Goldberg, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Dampskibs Aktieselskabet Eldrid, a Corporation, Respondent, v. Guisippina Parascandola, Individually and as Administratrix of the Estate of Joseph Auditore, Deceased, and as Guardian of Pauline Auditore and Others, Infants, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Onofrio Esposito, Respondent, v. Udell Realty Company, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Samuel H. Finkle, Respondent, v. Westchester Newspapers, Inc., Appellant.— Motion for reargument of motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

C. Milton Foreman, Respondent, v. Louis Jacques Construction Co., Inc., and Others, Respondents; The Peoples National Bank of Elizabeth, New Jersey, and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable the moving appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.